1  Michael S. Treppa (SBN 142110)
   TREPPA LAW GROUP
2  2033 North Main St., Suite 750
   Walnut Creek, CA 94596
3  Telephone (925) 296-0600
   Facsimile (925) 296-6146
4  Email: Mtreppa@treppalaw.com

5

6  Attorneys for Plaintiff
   Sokvoeun Sou

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10
    SOKVOEUN SOU,                  ) No. CV 09-00528 MHP
11                                 )
              Plaintiff,            ) **STIPULATION AND [PROPOSED]**
12                                 ) **ORDER FOR DISMISSAL OF THE**
         vs.                        ) **ENTIRE ACTION**
13                                 )
                                    ) **Courtroom 15, 18th Floor**
14                                 ) **The Hon. Marilyn Hall Patel**
                                    )
15                                 )
    U.S. BANK NATIONAL ASSOCIATION, et )
16                                 )
    al.,                            )
17                                 )
              Defendants.           )
18                                 )
                                    )
19

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

Sou v. US Bank, Case No. C09-00528 MHP                                    - 1
Stip/Order for Dismissal

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT pursuant to the terms of the settlement reach between the parties, this action shall be voluntarily dismissed with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED:

Dated: April 30, 2009

_____//S//_____
Michael S. Treppa
Attorney for Plaintiff

Dated: April 30, 2009

_____//S//_____
Lisa C. Hamasaki
Attorney for Defendant
U.S. Bank National Association

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED:

Dated: May 5, 2009



Marilyn H. Patel
Judge
District

IT IS SO ORDERED
Judge Marilyn H. Patel

Sou v. US Bank, Case No. C09-00528 MHP
Stip/Order for Dismissal

- 2